People ex rel. Greco v LaRocca (2023 NY Slip Op 02675)

People ex rel. Greco v LaRocca

2023 NY Slip Op 02675

Decided on May 17, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
ANGELA G. IANNACCI
REINALDO E. RIVERA
JANICE A. TAYLOR, JJ.

2023-04220

[*1]The People of the State of New York, ex rel. Jeffrey Greco, on behalf of Elijah Giron, petitioner,
v
Anthony LaRocca, etc., respondent.

Greco Neyland, P.C., New York, NY (Eli A. Crozier and Jeffrey Greco, pro se, of counsel), for petitioner.
Anne T. Donnelly, District Attorney, Mineola, NY (Joseph Grasso of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Elijah Giron upon his own recognizance or, in the alternative, to set reasonable bail upon Nassau County Indictment No. 70294/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Nassau County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., IANNACCI, RIVERA and TAYLOR, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court